Anita PURYEAR, Plaintiff–Appellant,

v.

Tina SHRADER; Vicky Crone; Thomas J. Vilsack, Secretary; United States Department of Agriculture, Defendants–Appellees.

No. 13–1680.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 26, 2013.

Anita Puryear, Appellant pro se.

Andrew George Warrens Norman, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Puryear appeals the district court's order dismissing her civil action for lack of jurisdiction under Fed.R.Civ.P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Puryear v. Shrader,* No. 8:11–cv–03640–PJM, 2013 WL 1833262 (D.Md. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*